```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/28/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated,

          Plaintiff,

-against-

WHATABRANDS LLC,

          Defendant.

22 Civ. 301 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 30, 2022, the Court ordered the parties to submit their joint letter and proposed case management plan by April 25, 2022. ECF No. 12. Those submissions are now overdue. Accordingly, by **May 3, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: April 28, 2022
       New York, New York

                                      ANALISA TORRES
                              United States District Judge